UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

DAVID Y. BOGDANOV,

        Petitioner,

v.

JEFFEREY PERKINS,

        Respondent.

Case No. 3:24-cv-05999-JNW-TLF

ORDER ADOPTING REPORT AND RECOMMENDATION

The Court, having reviewed the Report and Recommendation of Magistrate Judge Theresa L. Fricke, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation.

(2) The action is dismissed without prejudice for failure to prosecute and for failure to comply with a court order.

(3) The Clerk is directed to send a copy of this order to petitioner and to Judge Fricke.

Dated this <u>15th</u> day of <u>May</u>, 2025.

Jamal N. Whitehead
United States District Judge

ORDER ADOPTING REPORT AND
RECOMMENDATION - 1